# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No.  8:23-cv-01644-CJC-JDE                               Date December 5, 2023

Title:  Laila Kouria Botros v. David M. Radel et al

Present: The Honorable  Cormac J. Carney, United States District Judge

| Rolls Royce Paschal | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
None

Attorneys Present for Defendants:  
None

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 12/04/2023.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer   rrp